UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01942-MSK-CBS

BARTON ARBUTHNOT
BLENDA ARBUTHNOT
BLAINE ARBUTHNOT
PAMELA ARBUTHNOT
LYNN CHUBBUCK
AMBER DECKER
JULIE DECKER
KAREN DIETRICH
MICHAEL DIETRICH
DOROTHY MASON, and C.D., a minor, by and through her parents and next of friends,

    Plaintiffs,

v.

THE TOWN COUNCIL OF THE TOWN OF ORDWAY, COLORADO a municipal corporation of the State of Colorado,
THE CROWLEY COUNTY CHILD CARE CENTER, a Colorado non-profit corporation, d/b/a KIDS CAMPUS,
ANNETTE BOONE, an individual,
ORVAL L. COLLINS a/k/a LAWRENCE COLLINS individually, and in his official capacity as Trustee of the Town of Ordway, Colorado,
WILLIAM FERRITTO, individually, and in his official capacity as Marshal of the Town of Ordway, Colorado,
PETER MOORE, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado,
KELLI JO RUSHER, in her official capacity as Mayor of the Town of Ordway, Colorado;
DAWN SCHECK, an individual,
CARRIE STEELE-COLLINS a/k/a CARRIE ELEANOR STEELE, individually,
DOES 1-20, individuals

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS CERTAIN PARTIES AND CLAIMS

**THIS MATTER**, having come on to be heard upon Plaintiffs **BARTON ARBUTHNOT, BLENDA ARBUTHNOT, BLAINE ARBUTHNOT, PAMELA ARBUTHNOT,** and **LYNN CHUBBUCK** and Defendants **THE BOARD OF**

**TRUSTEES FOR THE TOWN OF ORDWAY,** a municipal corporation of the State of Colorado (designated **THE TOWN COUNCIL OF THE TOWN OF ORDWAY, COLORADO), ORVAL L. COLLINS, a/k/a LAWRENCE O. COLLINS, a/k/a LARRY COLLINS,** individually, and in his official capacity as Trustee of the Town of Ordway, Colorado**, PETE MOORE,** individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, and **KELLI JO RUSHER,** in her official capacity as Mayor of the Town of Ordway, Colorado's Unopposed Motion to Dismiss Certain Parties and Claims (Motion) **(#100)**, the Court having reviewed same and being fully advised in the premises;

**DOTH ORDER** as follows:

1.    The Motion is **GRANTED** and all claims which were asserted or could have been asserted by Plaintiffs Barton Arbuthnot, Blenda Arbuthnot, Blaine Arbuthnot, Pamela Arbuthnot, and Lynn Chubbuck against Defendants The Board of Trustees of the Town of Ordway a/k/a The Town Council of the Town of Ordway, Larry Collins, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, Pete Moore, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, and Kelli Jo Rusher, in her official capacity as Mayor of the Town of Ordway, Colorado are dismissed  <u>with</u> <u>prejudice</u>.

2.    All claims which were asserted or could have been asserted by Plaintiffs Barton Arbuthnot, Blenda Arbuthnot, Blaine Arbuthnot, Pamela Arbuthnot, and Lynn Chubbuck against William Ferritto in his individual capacity, are dismissed <u>without prejudice</u>.

      3.     As such, Barton Arbuthnot, Blenda Arbuthnot, Blaine Arbuthnot, Pamela Arbuthnot, and Lynn Chubbuck are no longer parties to this action and are dismissed from this case, as well as to any further court obligations or requirements, subject to payment of any incurred fees to or on behalf of Special Master O. Edward Schlatter.

      4.     Each party shall pay its own costs and attorney fees as to the claims that have been dismissed.

Dated this 2nd day of January, 2013.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge