IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-01942-MSK-CBS

BARTON ARBUTHNOT,
BLENDA ARBUTHNOT,
BLAINE ARBUTHNOT,
PAMELA ARBUTHNOT,
LYNN CHUBBUCK,
AMBER DECKER,
JULIE DECKER,
KAREN DIETRICH,
MICHAEL DIETRICH,
DOROTHY MASON,
C.D., a minor, by and through her parents and next of friends,

    Plaintiffs,

v.

THE TOWN COUNCIL OF THE TOWN OF ORDWAY, COLORADO a municipal corporation of the State of Colorado,
THE CROWLEY COUNTY CHILD CARE CENTER, a Colorado non-profit corporation, d/b/a KIDS CAMPUS,
ANNETTE BOONE, an individual,
ORVAL L. COLLINS a/k/a LAWRENCE O. COLLINS a/k/a LARRY COLLINS, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado,
WILLIAM FERRITTO, individually, and in his official capacity as Marshal of the Town of Ordway, Colorado,
PETER MOORE, individually, and in his official capacity as Trustee of the Town or Ordway, Colorado,
KELLI JO RUSHER, in her official capacity as Mayor of the Town of Ordway, Colorado,
DAWN SCHECK, an individual,
CARRIE STEELE-COLLINS a/k/a CARRIE COLLINS a/k/a CARRIE ELEANOR STEELE, individually,
DOES 1-20, individuals

    Defendants.

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT CARRIE STEELE-COLLINS**

THIS MATTER comes before the Court on the Stipulation for Dismissal of Carrie Steele-Collins With Prejudice **(#112)** filed February 7, 2013.

**IT IS HEREBY ORDERED** that the claims of all Plaintiffs, except Plaintiff C.D.,

against Defendant Carrie Steele-Collins are hereby dismissed with prejudice. Each party shall bear his, her or its own attorneys' fees and costs except as otherwise agreed upon by the parties.

DATED this 8th day of February, 2013.

**BY THE COURT:**

_____
Marcia S. Krieger
Chief United States District Judge