IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-01942-MSK-CBS

BARTON ARBUTHNOT,
BLENDA ARBUTHNOT,
BLAINE ARBUTHNOT,
PAMELA ARBUTHNOT,
LYNN CHUBBUCK,
AMBER DECKER,
JULIE DECKER,
KAREN DIETRICH,
MICHAEL DIETRICH,
DOROTHY MASON,
C.D., a minor, by and through her parents and next of friends,

    Plaintiffs,

v.

THE TOWN COUNCIL OF THE TOWN OF ORDWAY, COLORADO a municipal corporation of the State of Colorado,
THE CROWLEY COUNTY CHILD CARE CENTER, a Colorado non-profit corporation, d/b/a KIDS CAMPUS,
ANNETTE BOONE, an individual,
ORVAL L. COLLINS a/k/a LAWRENCE O. COLLINS a/k/a LARRY COLLINS, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado,
WILLIAM FERRITTO, individually, and in his official capacity as Marshal of the Town of Ordway, Colorado,
PETER MOORE, individually, and in his official capacity as Trustee of the Town or Ordway, Colorado,
KELLI JO RUSHER, in her official capacity as Mayor of the Town of Ordway, Colorado,
DAWN SCHECK, an individual,
CARRIE STEELE-COLLINS a/k/a CARRIE COLLINS a/k/a CARRIE ELEANOR STEELE, individually,
DOES 1-20, individuals

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS CERTAIN PARTIES AND CLAIMS

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Certain Parties and Claims (Motion) **(#111)** filed February 7, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims which were asserted or

could have been asserted by Plaintiffs Amber Decker, Julie Decker Karen Dietrich, Michael Dietrich, and Dorothy Mason against Defendants The Board of Trustees of the Town of Ordway a/k/a The Town Council of the Town of Ordway, Larry Collins, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, Pete Moore, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, William Ferritto, individually and in his official capacity as Marshal for the Town of Ordway, and Kelli Jo Rusher, in her official capacity as Mayor of the Town of Ordway, Colorado, and Dawn Scheck are dismissed with prejudice.  Each party shall pay its own costs and attorney fees as to the claims that have been dismissed, except as otherwise specifically agreed to by the Parties.

DATED this 8th day of February, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge