IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01942-MSK-CBS

BARTON ARBUTHNOT,
BLENDA ARBUTHNOT,
BLAINE ARBUTHNOT,
PAMELA ARBUTHNOT,
LYNN CHUBBUCK,
AMBER DECKER,
JULIE DECKER,
KAREN DIETRICH,
MICHAEL DIETRICH,
DOROTHY MASON,
C.D., a minor, by and through her parents and next of friends,

    Plaintiffs,

v.

THE TOWN COUNCIL OF THE TOWN OF ORDWAY, COLORADO a municipal corporation of the State of Colorado,
THE CROWLEY COUNTY CHILD CARE CENTER, a Colorado non-profit corporation, d/b/a KIDS CAMPUS,
ANNETTE BOONE, an individual,
ORVAL L. COLLINS a/k/a LAWRENCE O. COLLINS a/k/a LARRY COLLINS, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado,
WILLIAM FERRITTO, individually, and in his official capacity as Marshal of the Town of Ordway, Colorado,
PETER MOORE, individually, and in his official capacity as Trustee of the Town or Ordway, Colorado,
KELLI JO RUSHER, in her official capacity as Mayor of the Town of Ordway, Colorado,
DAWN SCHECK, an individual,
CARRIE STEELE-COLLINS a/k/a CARRIE COLLINS a/k/a CARRIE ELEANOR STEELE, individually,
DOES 1-20, individuals

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion for Dismissal of Remaining Claims of C.D. against Defendants The Board of Trustees of the Town of Ordway a/k/a The Town Council of the Town of Ordway, Larry

Collins, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, Pete Moore, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, William Ferritto, individually and in his official capacity as Marshal for the Town of Ordway, Kelli Jo Rusher, in her official capacity as Mayor of the Town of Ordway, Colorado, and Carrie Steele-Collins **(#118)**, with prejudice, and the file, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion for Dismissal of Remaining Claims of C.D. against Defendants The Board of Trustees of the Town of Ordway a/k/a The Town Council of the Town of Ordway, Larry Collins, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, Pete Moore, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado, William Ferritto, individually and in his official capacity as Marshal for the Town of Ordway, Kelli Jo Rusher, in her official capacity as Mayor of the Town of Ordway, Colorado, and Carrie Steele-Collins, with Prejudice is **GRANTED**. Each party is to bear their own attorneys fees and costs as agreed between the parties.

DATED this 29th day of August, 2013.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge