IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-01942-MSK-CBS

BARTON ARBUTHNOT,
BLENDA ARBUTHNOT,
BLAINE ARBUTHNOT,
PAMELA ARBUTHNOT,
LYNN CHUBBUCK,
AMBER DECKER,
JULIE DECKER,
KAREN DIETRICH,
MICHAEL DIETRICH,
DOROTHY MASON,
C.D., a minor, by and through her parents and next of friends,

    Plaintiffs,

v.

THE TOWN COUNCIL OF THE TOWN OF ORDWAY, COLORADO a municipal corporation of the State of Colorado,
THE CROWLEY COUNTY CHILD CARE CENTER, a Colorado non-profit corporation, d/b/a KIDS CAMPUS,
ANNETTE BOONE, an individual,
ORVAL L. COLLINS a/k/a LAWRENCE O. COLLINS a/k/a LARRY COLLINS, individually, and in his official capacity as Trustee of the Town of Ordway, Colorado,
WILLIAM FERRITTO, individually, and in his official capacity as Marshal of the Town of Ordway, Colorado,
PETER MOORE, individually, and in his official capacity as Trustee of the Town or Ordway, Colorado,
KELLI JO RUSHER, in her official capacity as Mayor of the Town of Ordway, Colorado,
DAWN SCHECK, an individual,
CARRIE STEELE-COLLINS a/k/a CARRIE COLLINS a/k/a CARRIE ELEANOR STEELE, individually,
DOES 1-20, individuals

    Defendants.

## ORDER DISMISSING WITH PREJUDICE
## THE CROWLEY COUNTY CHILD CARE CENTER, d/b/a KIDS CAMPUS
## ANNETTE BOONE and DAWN SCHECK

    THE COURT being duly advised, hereby finds and orders as follows.

    1. Plaintiff C.D., a Minor, by and through her parents and next of friends, and

with the approval of the Crowley County District Court, Case Number 13 PR 5, has fully

and finally settled the above and foregoing action and causes of action against Defendants The Crowley County Child Care Center d/b/a Kids Campus, Annette Boone and Dawn Scheck. All claims which were asserted or could have been asserted by Plaintiff C.D., a Minor, against Defendants The Crowley County Child Care Center d/b/a Kids Campus, Annette Boone and Dawn Scheck, are hereby dismissed with prejudice.

2. Each party shall pay their own costs and attorney fees as to the claims dismissed by this stipulation. The Clerk shall close this case.

DATED this 11th day of September, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge